# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

135221

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARQUE TAVARES BLANKS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135221
COA: 278628
Wayne CC: 03-003366-01

On order of the Court, the application for leave to appeal the October 8, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk

p0519